## SECOND DEPARTMENT, JANUARY, 1920.

HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, Appellant, v. FRANK KAHNERT and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondents.

*Intoxicating liquors — action to recover fines — verdict for defendants not against weight of evidence.*

Appeal by plaintiff from a judgment of the Supreme Court in favor of defendants, entered in the office of the clerk of Westchester county on June 27, 1919, for $95.03 costs; and also from an order entered on July 21, 1919, which denied plaintiff's motion for a new trial. The complaint sought to recover $960 fines for illegal sales of intoxicating liquors on three successive Sundays, namely, August 18, August 25 and September 1, 1918. No exceptions were taken to the court's charge.

PER CURIAM: We find no basis for the claim that the State did not get a fair trial. Evidently the jury did not believe the State's liquor agents and detectives. This was not because of their office and duties, but for the reason that their evidence contradicted in many respects what they had testified to at the previous trial. The verdict for defendants was not against the weight of credible evidence. The court's conduct of the trial was entirely proper. The judgment and order are, therefore, affirmed, with costs. Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur. Judgment and order unanimously affirmed, with costs.

---

JOHN L. CLYDE, Appellant, Respondent, v. WALTER WOOD, as Sole Surviving Partner, etc., Respondent, Appellant.— Motion for reargument denied. Motion to resettle order granted. It appears that the order as entered should be corrected so as to affirm the plaintiff's right to the damages found by the jury, directing a new trial of the issues raised by the first cause of action and the counterclaims. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ. Settle order on notice before Mr. Justice Kelly.

JOHN T. FARRELL, Appellant, v. FIRE INSURANCE SALVAGE CORPS, Respondent.— Motion denied, without costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

FREDERICK W. HOTTENROTH, Respondent, v. WILLIAM HASTORF, Appellant.— Motion to dismiss appeal granted, unless appellant perfect the appeal, place the cause upon the calendar for January 16, 1920, and be ready for argument when reached. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.